IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 3:09cr92TSL-JCS-006

LARRY KELLY

### ORDER SUBSTITUTING COUNSEL

The Office of the Federal Public Defender has moved *Ore Tenus* for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Attorney Gregory J. Weber** on October 22, 2009, who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Attorney Gregory J. Weber** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Gregory J. Weber** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 27 day of October, 2009.

UNITED STATES MAGISTRATE JUDGE